UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LYJAH H. HARRIS | : | |
|     PLAINTIFF | : | CASE NO.: 1:19-CV-01950 |
| | : | |
| V. | : | JUDGE: CHRISTOPHER BOYKO |
| | : | |
| N.H. TOWING LLC, et al. | : | |
|     DEFENDANT | : | |

**AMENDED MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**

    Now comes Allison L. Harrison and Todd A. Fichtenberg and enter their appearance on behalf of Defendants N.H. Towing LLC and Noaman Hamad (collectively "Defendants"). Attorney Harrison and Fichtenberg will replace Attorney Mark Dvorak as counsel of record for Defendants. All future correspondence shall be served upon Attorney Harrison and Fichtenberg at the address in their signature block below or via the Court's electronic filing system at the e-mail address on record for Attorney Harrison and Fichtenberg.

Respectfully submitted,

/s/Allison L. Harrison
Allison L. Harrison (0086324)
Todd A. Fichtenberg (0088176)
Allison L. Harrison Law, LLC
100 E Broad St, Suite 320
Columbus, Ohio 43215
Ph: (614)440-1395
Fax: (614)308-8133
aharrison@alharrisonlaw.com
todd@alharrisonlaw.com
*Attorneys for Defendant*

**Proof of Service**

    The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Substitution of Counsel was served on Plaintiff, through counsel, via the Court's electronic filing system this 21st day of November, 2019.

/s/Allison L. Harrison
Allison L. Harrison (0086324)